

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:     Clearpoint Crossing Property Owners Association and Cullen's LLC and 11500 Space Center, LLC v. Joseph Chambers and Debbie Chambers

Appellate case number:   01-16-00773-CV

Trial court case number: 2011-05504

Trial court:             164th District Court of Harris County

The motion for rehearing filed by Appellees Joseph Chambers and Debbie Chambers is **denied**.

Justice's signature:  /s/ Jane Bland
                      Acting for the Court

Panel consists of: Chief Justice Radack and Justices Bland and Higley

Date:  December 4, 2018